Freddie D. TAYLOR, Plaintiff—
Appellant,

v.

Sue MEDFORD, R.N. Nursing Supervi-
sor II at Marion Correctional Institu-
tion; Keith Osteen, Assistant Super-
intendent for Programs at Marion
Correctional Institute; North Car-
olina Department of Corrections,
Medical Utilization Review Board;
Nurse Godfrey, Assistant Nurse at
Marion Correctional Institution; Del-
ra Rodatz, Nurse, L.P.N.; Doctor Ja-
gust, Defendants—Appellees.

No. 03–7603.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 25, 2004.

Decided March 10, 2004.

Freddie D. Taylor, Appellant pro se.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Freddie D. Taylor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Taylor v. Medford,* No. CA–03–202–1–02–MU (W.D.N.C. Sept. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*